**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re:  Debtor(s)
**Holly Latrice Reid**
5425 Oakley Commons Blvd
Union City, GA 30291

**xxx−xx−2392**

Case No.: **19−59095−sms**
Chapter: **7**
Judge: **Sage M. Sigler**

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

**November 13, 2019** at **10:00 AM** in **Courtroom 1201, Atlanta** to consider and act upon the following:

Expedited Motion for Relief from Stay filed by Shelley Anthony (Docket No. 27)

United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: October 31, 2019

Form 165

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                  Case No. 19-59095-sms
Holly Latrice Reid                                                      Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9    User: mahone    Page 1 of 1    Date Rcvd: Oct 31, 2019
                        Form ID: 165    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2019.
db          +Holly Latrice Reid,   5425 Oakley Commons Blvd,   Union City, GA 30291-7169
aty         +Daliah Brill,   Brill Law LLC,   3355 Lenox Road,   Suite 750,   Atlanta, GA 30326-1353
22398094    +Anthony, Shelley,   1050 Brookhaven Dr,   Fairburn, GA 30213-4001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2019 at the address(es) listed below:
      Bobby Shane Palmer    on behalf of Debtor Holly Latrice Reid bpalmer@semradlaw.com,
       ganb.courtview@slfcourtview.com
      Emily Camille Allen    on behalf of Debtor Holly Latrice Reid eallen@semradlaw.com,
       ganb.courtview@SLFCourtview.com
      Kathleen Steil    ks@orratl.com, GA66@ecfcbis.com;jc@orratl.com
      Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
                                                                                                                                               TOTAL: 4